# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

United States of America

**CONSENT ORDER MODIFYING
CONDITIONS OF RELEASE**

17-00264 ES

v.

Eduard Vasilica Ticu

THIS MATTER having been opened to the Court on application of the Defendant, Eduard Vasilica Ticu, by and through his attorney, Tejinder Bains Esq. Ali and Bains PC, for an Order modifying Mr. Ticu's' bail conditions so as to removal of home detention with location monitoring as a condition of his bail; and United States Pretrial Services (Stepanie Neri) having reviewed and approved the same; and AUSA Kelly Graves having consented to the same; and for good cause shown,

ORDERED, that the bail conditions for defendant, Eduard Vasilica Ticu, be, and the same hereby are, modified so as to remove home detention with location monitoring as a condition of bail; and it is further

ORDERED that all other bail conditions shall remain in effect.

DATED: 10/31/17

SO ORDERED.

HON. ESTHER SALAS
FEDERAL DISTRICT COURT JUDGE

Consented as to form and entry
This 31st day of October, 2017

*Kelly Graves*
Kelly Graves AUSA